IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS,<br>          Plaintiff,<br>vs.<br><br>CALIBER HOME LOANS,<br>          Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br>Civil Action No. 3:15-CV-2346-N-BH<br><br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)*, filed July 18, 2016 (doc. 95), construed as a motion to dismiss his case, is **GRANTED,** and his claims will be dismissed **WITH PREJUDICE** by separate judgment. *Defendant's Rule 12(b)(6) Motion for Partial Dismissal of Plaintiff's Second Amended Complaint and Brief in Support,* filed May 6, 2016 (doc. 54), and *Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1915(e)(2),* filed June 2, 2016 (doc. 70), are **DENIED AS MOOT**.

**SIGNED** this 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE